Commonwealth *v.* Farbo, Appellant.

Submitted November 12, 1973. *Stephen H. Hutzelman*, for appellant; *Bernard L. Siegel*, First Assistant District Attorney, and *R. Gordon Kennedy*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

SPAULDING, J., absent.